HYNEK v. LOUIS AND CLARA ENGLEST.

*Appeal from Johnson District Court.*

THURSDAY, OCTOBER 18.

WRIGHT, J.—Judgment against defendants by default. The return on the original notice was as follows: "Served" (giving date) "by reading the same in the presence and hearing of the within named Louis and Clara Englest, no copy of petition or notice demanded."

*Held*, that the service was defective. Service is made by reading *to* the defendant. Code, section 1721.

Judgment reversed.